No. 373. TODD *v.* FRANKEL, GUARDIAN. C. A. 3d Cir. Certiorari denied. *Norman Paul Harvey* for petitioner.

No. 219. ROSADO *v.* FLOOD, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Irving Anolik* for petitioner. *William Cahn* and *George Danzig Levine* for respondent.

No. 225. MEACHAM, DBA "BARBARY COAST" *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *McPherson Berrien E. Moore* for petitioner. *Thomas C. Lynch,* Attorney General of California, and *Kenneth Scholtz,* Deputy Attorney General, for respondent.

No. 320. OWENS *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Otto B. Mullinax* for petitioner. *Luther Hudson* for respondent.

No. 348. IN RE THORESEN. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John P. Frank, John J. Flynn,* and *Peyton Ford* for petitioner.

No. 143. BRUNS, NORDEMAN & CO. *v.* AMERICAN NATIONAL BANK & TRUST CO. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK dissents. *David J. Colton* and *Spencer Pinkham* for petitioner. *Lawrence Gunnels* for respondent American National Bank & Trust Co.